# EXHIBIT D

**Codice civile** (Regio Decreto 16 marzo 1942, n. 262)

**Titolo IX**
**Della responsabilità genitoriale e dei diritti e doveri del figlio**
**Capo I**
**Dei diritti e doveri del figlio**

**Art. 316.**
**Responsabilità genitoriale. ([1])**

### Art. 316.
### Responsabilità genitoriale. ([1])

Entrambi i genitori hanno la responsabilità genitoriale che è esercitata di comune accordo tenendo conto delle capacità, delle inclinazioni naturali e delle aspirazioni del figlio. I genitori di comune accordo stabiliscono la residenza abituale del minore.

In caso di contrasto su questioni di particolare importanza ciascuno dei genitori può ricorrere senza formalità al giudice indicando i provvedimenti che ritiene più idonei.

Il giudice, sentiti i genitori e disposto l'ascolto del figlio minore che abbia compiuto gli anni dodici e anche di età inferiore ove capace di discernimento, suggerisce le determinazioni che ritiene più utili nell'interesse del figlio e dell'unità familiare. Se il contrasto permane il giudice attribuisce il potere di decisione a quello dei genitori che, nel singolo caso, ritiene il più idoneo a curare l'interesse del figlio.

Il genitore che ha riconosciuto il figlio esercita la responsabilità genitoriale su di lui. Se il riconoscimento del figlio, nato fuori del matrimonio, è fatto dai genitori, l'esercizio della responsabilità genitoriale spetta ad entrambi.

Il genitore che non esercita la responsabilità genitoriale vigila sull'istruzione, sull'educazione e sulle condizioni di vita del figlio.

([1]) Articolo in vigore dal 7 febbraio 2014.

# Civil Code (Regio Decreto 16 marzo 1942, n. 262)

## Title IX
### Parental responsibility and the rights and duties of the child
### Chapter I
### The rights and duties of the child

### Art. 316.
### Parental responsibility. (1)

### Section 316.
### Parental Responsibility (¹)

Both parents are entitled with parental responsibility and they shall exercise it by mutual agreement, taking into account their child's abilities, predispositions and expectations. Parents shall decide their child's habitual residence by mutual agreement.

In case of parental disagreement on main issues, either parent shall be entitled to apply informally to the Judge and suggest the measures which he/she deems most appropriate to be taken.

The Judge, after hearing the parents and having ordered the hearing of the child aged of twelve, and even younger when is deemed as capable of discernment, will give the most appropriate directions, in the best interests of the child and the family unity. In case of persisting parental disagreement, the Judge will confer the power to decide to the parent whom he/she deems as the most qualified, case by case, to pursue the child's best interest.

The parent who has acknowledged a child shall exercise parental responsibility over it. When both parents have recognized a child who was born out of wedlock, they shall be both entitled to exercise parental responsibility.

Even when a parent is not exercising parental responsibility, he/she will have to watch over the child's education, upraising and life conditions.

(¹) Section entered into force on 7 February 2014.