IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALASDAIR DAVID MCADAM
MARIOTTI,

                Petitioner,                          ORDER

v.

                                            21-cv-158-jdp

BETHANY ROSE RYCZEK,

                Respondent.

---

IT IS ORDERED that the Stipulation for Adjournment of Trial, Dismissal and Consent Judgment Provisions, Dkt. 51, is APPROVED.

Entered August 18, 2021.

                                              BY THE COURT:

                                              _____

                                              JAMES D. PETERSON
                                              District Judge